UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM BREWSTER BROWNVILLE., | : |
| | : |
| Plaintiff, | : NO. 3:14-CV-1472 (JBA) |
| V. | : |
| | : |
| INDIAN MOUNTAIN SCHOOL, INC., | : |
| | : |
| Defendant. | : NOVEMBER 13, 2017 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant in the above-captioned case hereby stipulate to a dismissal of this action with prejudice, each party to bear their own attorneys' fees, costs and expenses, and waiving any rights of appeal.

Plaintiff's counsel has reviewed this stipulation and has authorized Defendants' counsel to file it jointly.

| PLAINTIFF | DEFENDANT |
|---|---|
| WILLIAM BREWSTER BROWNVILLE | INDIAN MOUNTAIN SCHOOL, INC. |

By: */s/ Antonio Ponvert III (with permission)*
  Antonio Ponvert III (ct17516)
  Emily Rock (ct29766)
  Koskoff, Koskoff & Bieder, P.C.
  350 Fairfield Avenue
  Bridgeport, CT 06604
  Tel. No.: (203) 336-4421
  Fax No.: (203) 368-3244
  Email:  aponvert@koskoff.com

By */s/ Jeffrey J. White*
  Jeffrey J. White (ct25781)
  Bradford S. Babbitt (ct13938)
  Kathleen E. Dion (ct28605)
  Robinson & Cole LLP
  280 Trumbull Street
  Hartford, CT 06103-3597
  Tel. No.: (860) 275-8200
  Fax No.: (860) 275-8299
  Email: jwhite@rc.com, bbabbitt@rc.com, kdion@rc.com

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      */s/ Jeffrey J. White*_____
      Jeffrey J. White